| PROB 22 (Rev. 9/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) EP-10-CR-966-KC |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 10CR50289-TUC-JMR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| VALERIE LYNN CERVANTEZ DISTRICT OF ARIZONA | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | KATHLEEN CARDONE | |
| | DATES OF SUPV. REL.: | FROM 10-06-10 | TO 10-05-13 |

FILED / RECEIVED  DEC 17 2010  CLERK U S DISTRICT COURT DISTRICT OF ARIZONA  BY _____ DEPUTY

**OFFENSE**

IMPORTING A QUANTITY OF MARIJUANA IN VIOLATION OF 21 U.S.C. §§ 952 AND 960

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised RELEASES named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 3, 2010
Date                         _Kathleen Cardone_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised RELEASES be accepted and assumed by this Court from and after the entry of this order.

12/16/10
Effective Date                         _John M. Roll_
                                        United States District Judge